UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ORLEANS DIVISION

| | |
|---|---|
| ROMEO TAMEZ | CIVIL ACTION NO.:2:15-cv-04941 |
| VERSUS | JUDGE SUSIE MORGAN |
| ANADARKO PETROLEUM CORPORATION, ET. AL | MAG. JANIS VAN MEERVELD |

**PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO GIBSON APPLIED TECHNOLOGY AND ENGINEERING, TEXAS, INC.'s MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Romeo Tamez, who respectfully moves this Court for leave to file the attached Supplemental Memorandum in Opposition to Gibson Applied Technology and Engineering, Texas, Inc.'s ("GATE") Motion for Summary Judgment ("Supplemental Memorandum.")[1] Plaintiff filed his original Opposition to Defendant's Motion for Summary Judgment[2] and in it notified the Court of the pendency of Motion to Continue the Hearing on GATE's motion[3]. Further, plaintiff requested that he be given the opportunity to file a supplemental opposition.

WHEREFORE, plaintiff, Romeo Tamez, respectfully prays that this Honorable Court grant him leave to file the attached Supplemental Memorandum.

---

[1] R. Doc. 135.
[2] R. Doc. 143.
[3] R. Doc. 141.

Respectfully Submitted:

CHEHARDY, SHERMAN,
WILLIAMS, MURRAY, RECILE,
STAKELUM & HAYES., L.L.P.

/s/*George B. Recile*
George B. Recile, L.B.N. 11414
Barry W. Sartin, Jr., L.B.N. 34075
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 437-1650

## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of June, 2018, I electronically filed the foregoing Ex Parte Motion for Leave of Court to File Supplemental Memorandum in Opposition to Gibson Applied Technology and Engineering, Texas, Inc.'s Motion for Summary Judgment with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service.

/s/*George B. Recile*
George B. Recile, L.B.N. 11414